**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ANDREA B. GALE, an individual, and as Trustee of Andrea Beryl Gale Revocable Living Trust,

        Plaintiff,

vs.

CITIMORTGAGE, INC.; NATIONSTAR MORTGAGE, LLC; CAL-WESTERN RECONVEYANCE CORPORATION; QUALITY LOAN SERVICE, as trustee, and DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,

        Defendants.

Case No.: 2:12-cv-02065-GMN-VCF

**ORDER**

Before the Court is Plaintiff's Emergency Motion for Leave to File Interlocutory Appeal (ECF No. 46), contemporaneously filed with Plaintiff's Motion for Temporary Restraining Order Pending Appeal (ECF No. 47). Defendants Nationstar Mortgage, LLC ("Nationstar"), and Quality Loan Service Corporation ("Quality Loan") have filed an opposition (ECF Nos. 48, 49), and Defendant Cal-Western Reconveyance Corporation ("Cal-Western") has joined in opposition (ECF Nos. 50, 51).

**I.     DISCUSSION**

On January 11, 2013, the Court denied Plaintiff's Motion for Preliminary Injunction. (ECF No. 45.) With the Emergency Motion for Leave to File Interlocutory Appeal (ECF No. 46), Plaintiff requests that the Court certify an order for interlocutory appeal pursuant to 28 U.S.C. § 1292(b). However, as Defendants point out, an interlocutory order from this Court refusing or dissolving an injunction is immediately appealable pursuant to 28 U.S.C. § 1292(a)(1).

Section 1292(b) applies to "an order not otherwise appealable under this section." 28 U.S.C. § 1292(b).  Because the Court's order denying Plaintiff's request for preliminary injunction (ECF No. 45) is immediately appealable pursuant to 28 U.S.C. § 1292(a)(1), an order certifying appeal is procedurally improper under 28 U.S.C. § 1292(b).  Accordingly, Plaintiff's Emergency Motion for Leave to File Interlocutory Appeal (ECF No. 46) will be denied.

In her Motion for Temporary Restraining Order Pending Appeal (ECF No. 47), Plaintiff requests that the Court issue a temporary restraining order pending resolution of her anticipated appeal.  As discussed by the Court in its Order denying a preliminary injunction (ECF No. 45), the Court finds no likelihood of success on the merits, nor serious questions going to the merits of Plaintiff's complaint that would entitle her to recover title to the property.  Plaintiff's anticipated appeal presents no new basis for this Court to reconsider its ruling.  Accordingly, the Motion for Temporary Restraining Order Pending Appeal (ECF No. 47) will be denied.

## II. CONCLUSION

**IT IS HEREBY ORDERED** that the Emergency Motion for Leave to File Interlocutory Appeal (ECF No. 46) is **DENIED**.

**IT IS FURTHER ORDERED** that the Motion for Temporary Restraining Order (ECF No. 47) is **DENIED**.

**DATED** this 16th day of January, 2013.

_____
Gloria M. Navarro
United States District Judge