**ROBERT J. FLUMMERFELT, ESQ.**
Nevada Bar #11122
**CANON LAW SERVICES, LLC**
CanonLawServices@Gmail.com
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
Telephone: (702) 562-4144
Facsimile (702) 866-9868

*Attorney for Plaintiff Andrea Gale*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA B. GALE, an individual, and as Trustee of Andrea Beryl Gale Revocable Living Trust, <br><br> Plaintiff, <br><br> v. <br><br> CITIMORTGAGE, INC.; NATIONSTAR MORTGAGE, LLC; CAL-WESTERN RECONVEYANCE CORPORATION; QUALITY LOAN SERVICE as trustee, and DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendants. <br><hr> FEDERAL NATIONAL MORTGAGE ASSOCIATION, <br><br> Indispensable Party. | CASE NO.   2:12-cv-02065-GMN-VCF <br><br> **MOTION FOR EXONERATION AND DISCHARGE OF BOND** <br><br> # AND ORDER |

COMES NOW, ANDREA B. GALE ("Plaintiff"), by and through her attorney of record, Robert J. Flummerfelt, Esq., hereby submits this motion for exoneration and discharge of bond, based on the Memorandum of Point and Authorities, the Affidavit of Andrea B. Gale, all papers on file herein, and any oral argument the court may entertain at a hearing on the matter.

# AFFIDAVIT OF ANDREA B. GALE IN SUPPORT OF MOTION FOR EXONERATION AND DISCHARGE OF BOND

STATE OF NEVADA )
)ss:
COUNTY OF CLARK )

ANDREA B. GALE. being first duly sworn, deposes and says:

1. I am the Plaintiff in the present action.

2. I am over the age of 18 years old and have personal knowledge of the facts herein and competent to testify thereto.

3. On November 26, 2012, I complied with the conditions of the Temporary Restraining Order by posting a cash bond in the amount of Two Thousand Dollars ($2,000.00) with the Clerk of the District Court, Clark County, Nevada.

4. On January 11, 2013, this honorable Court denied my motion for preliminary injunction, and the Temporary Restraining Order expired.

5. On or about January 18, 2013, Fannie Mae completed their eviction and I was locked out of the subject property, and Fannie Mae has remained in possession of the property ever since.

6. I currently have no permanent residence, and have urgent need of the funds from the bond to establish a new place to live.

FURTHER AFFIANT SAYETH NAUGHT.

*/s/ Andrea B. Gale*
ANDREA B. GALE

Subscribed and Sworn to before me
This 26 day of February, 2013

*/s/ Janic R. Holloway*
NOTARY PUBLIC, in and for
said County and State

JANIC R. HOLLOWAY
Notary Public, State of Nevada
Appointment No. 97-3777-1
My Appt. Expires Jun 30, 2013

Canon Law Services, LLC
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
(702) 562-4144

- Page 2 of 5 -

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.   BACKGROUND**

This action was originally filed in the District Court of Clark County, Nevada, on October 18, 2012. On December 4, 2012, Defendant Quality Loan Service Corp removed this action to this U.S. District Court. However, just prior to the removal, Plaintiff filed a motion for injunctive relief from the state court, to enjoin Federal National Mortgage Association ("Fannie Mae") from evicting Plaintiff from her home. On November 26, 2012, the court issued a Temporary Restraining Order ("TRO") to maintain the status quo until a hearing on Plaintiff's motion for preliminary injunction could be held. (See, TRO, Ex.1). The court set the bond for the TRO in the amount of $2,000.00. On November 26, 2012, Plaintiff posted the bond for $2,000.00 dollars, with the Clerk of the District Court, Clark County, Nevada. (See, Bond Receipt, Ex. 2).

On December 28, 2012, this Court held the hearing on Plaintiff's motion for preliminary injunction, and on January 11, 2013, the Court entered an order denying Plaintiff's motion for preliminary injunction, and the TRO expired. On or about January 18, 2013, Fannie Mae evicted Plaintiff from the property and is now in possession of the property.

**II.   ARGUMENT**

**A.   THE BOND SHOULD BE EXONERATED BECAUSE ALL CONDITIONS FOR THE BOND HAVE BEEN SATISFIED AND ARE NOW MOOT**

Since January 11, 2013, the TRO has expired, the preliminary injunction was denied, and Fannie Mae has taken possession of the property. Since all grounds for the posting of the bond are now moot, the bond should be exonerated and discharged back to Plaintiff as soon as practicable. Plaintiff is currently without a permanent home and is in need of the bond money to secure a new residence.

///

## CONCLUSION

Based on the above, Plaintiff respectfully requests this Court enter an order directing the Clerk of the District Court, Clark County, Nevada, to release the bond and return the sum of $2,000.00 to Plaintiff.

Dated this 3rd day of March, 2013.

/s/ Robert Flummerfelt
**ROBERT J. FLUMMERFELT, ESQ.**
Nevada Bar No. 11122
**CANON LAW SERVICES, LLC**
CanonLawServices@Gmail.com
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
Telephone: (702) 562-4144
Facsimile (702) 866-9868

*Attorney for Plaintiff*

## ORDER

The Court having read the foregoing Motion for Exoneration and Discharge of Bond, and the Affidavit of Andrea B. Gale, and the Memorandum of Points and Authorities in Support of the Motion, and good cause appearing therefore, hereby orders as follows:

**IT IS HEREBY ORDERED** that the bond posted by Andrea B. Gale on November 26, 2012 (Receipt No. 2012-144958-CCCLK) in the amount of TWO THOUSAND DOLLARS be released and the monies returned to ANDREA B. GALE, forthwith, by the Clerk of the Eighth Judicial District Court for Clark County, Nevada in Case No. A-12-670503-C.

**DATED** this 26th day of March, 2013.

Gloria M. Navarro
United States District Judge

# EXHIBIT "1"

EXHIBIT "1"

A-12-670503-C

# DISTRICT COURT
# CLARK COUNTY, NEVADA

| Title to Property | COURT MINUTES | November 26, 2012 |
|---|---|---|

A-12-670503-C   Andrea Gale, Plaintiff(s)
vs.
Citimortgage Inc, Defendant(s)

November 26, 2012   Chambers   Minute Order   Minute Order Re: Temporary Restraining Order

**HEARD BY:** Israel, Ronald J.   **COURTROOM:**

**COURT CLERK:** Kathy Klein

**PARTIES PRESENT:** none

## JOURNAL ENTRIES

- Upon Court's review of the papers and pleadings in this matter of the Temporary Restraining Order (TRO); COURT ORDERED, Motion for TRO, GRANTED, With a BOND of $2,000.00. Matter to be set by Master Calendar for a Preliminary Injunction Hearing.

PRINT DATE: 11/26/2012   Page 1 of 1   Minutes Date: November 26, 2012

# EXHIBIT "2"

EXHIBIT "2"

# District Court Clerk of the Court 200 Lewis Ave, 3rd Floor Las Vegas, NV 89101

Payor  
Gale, Andrea B.

Receipt No.  
**2012-144958-CCCLK**

Transaction Date  
11/26/2012

| Description | Amount Paid |
|---|---|
| On Behalf Of Gale, Andrea B. | |
|     A-12-670503-C | |
|     Andrea Gale, Plaintiff(s) vs. Citimortgage Inc, Defendant(s) | |
|     TEMPORARY RESTRAINING ORDER | |
|         TEMPORARY RESTRAINING ORDER | 2,000.00 |
|       **SUBTOTAL** | **2,000.00** |

**PAYMENT TOTAL**  2,000.00

Money Order (Ref #300041625) Tendered  1,000.00  
Cash Tendered  1,000.00  
Total Tendered  2,000.00  
Change  0.00

251 S Green Valley Pkwy #714, Henderson, NV 89014

11/26/2012  Cashier  Audit  
01:51 PM  Station AIKO  30253881

## REPRINTED RECEIPT

A-12-670503-C  
TRCT  
Trust Receipt  
2027256