**ROBERT J. FLUMMERFELT, ESQ.**
Nevada Bar #11122
**ELIZABETH M. TULLIO, ESQ.**
Nevada Bar #13600
**CANON LAW SERVICES, LLC**
CanonLawServices@Gmail.com
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
Telephone: (702) 562-4144
Facsimile (702) 866-9868

*Attorneys for Plaintiff,*
*Andrea B. Gale*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA B. GALE, an individual, and as Trustee of Andrea Beryl Gale Revocable Living Trust,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.; NATIONSTAR MORTGAGE, LLC; CAL-WESTERN RECONVEYANCE CORPORATION; QUALITY LOAN SERVICE as trustee; FEDERAL NATIONAL MORTGAGE ASSOCIATION and DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  2:12-cv-02065-GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND FILING DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS NATIONSTAR MORTGAGE LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Plaintiff, Andrea B. Gale and Defendants, Nationstar Mortgage, LLC, and Federal National Mortgage Association, hereby stipulate that the filing deadline for Plaintiff's Opposition to Defendants Nationstar Mortgage, LLC, and Federal National Mortgage Association's Motion for Summary Judgment [Dk. 98] is hereby extended from August 21, 2015, to August 28, 2015.

1 | DATED this 21st day of August, 2015.

2 | **CANON LAW SERVICES, LLC**

3 | */s/ Elizabeth M. Tullio* _____
**ROBERT J. FLUMMERFELT, ESQ.**
4 | Nevada Bar No. 11122
**ELIZABETH M. TULLIO, ESQ.**
5 | Nevada Bar No. 13600
CanonLawServices@Gmail.com
7251 W. Lake Mead Blvd., Suite 300
6 | Las Vegas, Nevada 89128
Telephone: (702) 562-4144
7 | Facsimile (702) 866-9868

8 | *Attorneys for Plaintiff,*
*Andrea B. Gale*

9 |

10 | DATED this 21st day of August 2015.

**AKERMAN LLP**

11 |

12 | */s/ Christine M. Parvan* _____
**ARIEL E. STERN, ESQ**
Nevada Bar No. 8276
13 | **CHRISTINE M. PARVAN, ESQ**
Nevada Bar No. 10711
14 | ariel.stern@akerman.com
christine.parvan@akerman.com
15 | 1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
16 | Telephone: (702) 634-5000
Facsimile: (702) 380-8572
17 |
*Attorneys for Defendants,*
18 | *Nationstar Mortgage, LLC, and*
*Federal National Mortgage Association*

19 |

20 | **IT IS SO ORDERED.**

21 |

22 | _____
Gloria M. Navarro, Chief Judge
23 | United States District Court

24 | **DATED:** 08/24/2015

25 |