**ROBERT J. FLUMMERFELT, ESQ.**
Nevada Bar #11122
**ELIZABETH M. TULLIO, ESQ.**
Nevada Bar #13600
**CANON LAW SERVICES, LLC**
CanonLawServices@Gmail.com
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
Telephone: (702) 562-4144
Facsimile (702) 866-9868

*Attorneys for Plaintiff,*
*Andrea B. Gale*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA B. GALE, an individual, and as Trustee of Andrea Beryl Gale Revocable Living Trust,<br><br>Plaintiff,<br><br>v.<br><br>CITIMORTGAGE, INC.; NATIONSTAR MORTGAGE, LLC; CAL-WESTERN RECONVEYANCE CORPORATION; QUALITY LOAN SERVICE as trustee; FEDERAL NATIONAL MORTGAGE ASSOCIATION and DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  2:12-cv-02065- GMN-VCF<br><br>**STIPULATION AND ORDER TO EXTEND FILING DEADLINE FOR PLAINTIFF'S OPPOSITION TO DEFENDANTS NATIONSTAR MORTGAGE LLC AND FEDERAL NATIONAL MORTGAGE ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Fourth Request)** |

Plaintiff, Andrea B. Gale and Defendants, Nationstar Mortgage, LLC, and Federal National Mortgage Association, hereby stipulate that the filing deadline for Plaintiff's Opposition to Defendants Nationstar Mortgage, LLC, and Federal National Mortgage Association's Motion for Summary Judgment [Dk. 98] is hereby extended from September 11, 2015 to September 16, 2015.

The parties are continuing in their settlement negotiations and are hoping to resolve this

1 matter. As such they are agreeing this extension so that they may continue focus on the
2 resolution of the case.

3 DATED this 11th day of September, 2015.

**CANON LAW SERVICES, LLC**

*/s/ Elizabeth M. Tullio*  ____
**ROBERT J. FLUMMERFELT, ESQ.**
Nevada Bar No. 11122
**ELIZABETH M. TULLIO, ESQ.**
Nevada Bar No. 13600
CanonLawServices@Gmail.com
7251 W. Lake Mead Blvd., Suite 300
Las Vegas, Nevada 89128
Telephone: (702) 562-4144
Facsimile (702) 866-9868
*Attorneys for Plaintiff,*
*Andrea B. Gale*


DATED this 11th day of September, 2015.

**AKERMAN LLP**


*/s/ Christine M. Parvan*_____
**ARIEL E. STERN, ESQ**
Nevada Bar No. 8276
**CHRISTINE M. PARVAN, ESQ**
Nevada Bar No. 10711
ariel.stern@akerman.com
christine.parvan@akerman.com
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
*Attorneys for Defendants,*
*Nationstar Mortgage, LLC, and*
*Federal National Mortgage Association*

**IT IS SO ORDERED:**

_____
Gloria M. Navarro, Chief Judge
United States District Court

Dated: _September 14, 2015_____