ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: christine.parvan@akerman.com

*Attorneys for Nationstar Mortgage LLC and
Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREA B. GALE, and individual, and as Trustee of Andrea Beryl Gale Revocable Living Trust,<br><br>Plaintiffs,<br><br>v.<br><br>CITIMORTGAGE, INC.; NATIONSTAR MORTGAGE LLC; CAL-WESTERN RECONVEYANCE CORPORATION; QUALITY LOAN SERVICE as Trustee; FEDERAL NATIONAL MORTGAGE ASSOCIATION; and DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-02065-GMN-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Andrea B. Gale and defendants, Nationstar Mortgage, LLC, and Federal National Mortgage Association hereby file this stipulation and order.

IT IS HEREBY STIPULATED AND AGREED that Plaintiff's claims and causes of action alleged in the complaint in the above-captioned case be dismissed in their entirety with prejudice against defendants.

{36769711;1}

IT IS FURTHER STIPULATED AND AGREED that plaintiff and defendants will bear their own attorney's fees and costs.

DATED this ___th day of December, 2015.

AKERMAN LLP

/s/ *Christine M. Parvan*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
CHRISTINE M. PARVAN, ESQ.
Nevada Bar No. 10711
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572

*Attorneys for*
*Federal National Mortgage*
*Association and*
*Nationstar Mortgage, LLC*

DATED this 11th th day of December, 2015.

CANON LAW SERVICES, LLC

ROBERT J. FLUMMERFELT, ESQ.
Nevada Bar No. 11122
ELIZABETH M. TULLIO, ESQ.
Nevada Bar No. 13600
410 S. Rampart Boulevard, Suite 390
Las Vegas, Nevada 89145
Telephone: (702) 562-4144
Facsimile: (702) 866-9868

*Attorney for Plaintiff*

## ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED, ADJUDGED AND DECREED that the above-entitled action be dismissed with prejudice, each party to bear its own costs and fees.

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: December 16, 2015