# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANDREA B. GALE, an individual, and as Trustee of Andrea Beryl Gale Revocable Living Trust,

      Plaintiff,

vs.

CITIMORTGAGE, INC.; NATIONSTAR MORTGAGE, LLC; CAL-WESTERN RECONVEYANCE CORPORATION; QUALITY LOAN SERVICE, as trustee, and DOES 1 through 10, and ROE CORPORATIONS 1 through 10, inclusive,

      Defendants.

Case No.: 2:12-cv-02065-GMN-VCF

**ORDER**

      Pending before the Court the Motion to Expunge the Lis Pendens (ECF No. 113) filed by Defendants Nationstar Mortgage, LLC and Federal National Mortgage Association (collectively "Defendants"). Plaintiff Andrea B. Gale ("Plaintiff") did not file a response, and the deadline to do so has passed. For the reasons discussed below, Defendants' Motion is granted.

## I.    DISCUSSION

      Defendants seek to expunge the lis pendens recorded against the property located at 251 S. Green Valley Parkway #714, Henderson, Nevada, 89012 ("Property"). (*See* Mot. to Expunge 2:14–23, ECF No. 113). A notice of lis pendens is literally a notice of a pending lawsuit affecting real property. When the underlying litigation concludes, the need for the notice—and justification for the cloud on title—evaporates. *See, e.g.*, Nev. Rev. Stat. §§ 14.010–14.015(5) (authorizing the cancellation of a notice of lis pendens when, *inter alia,* the filing party has

failed to establish a likelihood of prevailing in the action).  On December 16, 2015, the Court dismissed Plaintiff's claims against Defendants with prejudice, and the Clerk of Court closed the case. (*See* Order, ECF No. 112).  Thus, the justification for the lis pendens has ceased, and the Motion to Expunge the Lis Pendens is granted. *See* N.R.S. § 14.010(1).

## II.     CONCLUSION

**IT IS HEREBY ORDERED** that the Motion to Expunge the Lis Pendens (ECF No. 113) is **GRANTED**.  Pursuant to NRS § 14.015, the Notice of Lis Pendens filed and recorded by or on behalf of Plaintiff on the Property located at 251 S. Green Valley Parkway #714, Henderson, Nevada, 89012 with the Clark County Recorder's Office is hereby **EXPUNGED**.

**DATED** this __21__ day of July, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge